

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| The Estate of Joel Soto by and through its Independent Administrator Maribel Amador and Maribel Amador, Individually and Ivan Soto, Joel Soto, Jr. and Paulina Soto, all individually, by and through their Next Friend, Maribel Amador, | § | No. 08-18-00007-CV |
| | § | Appeal from the |
| | § | 205th District Court |
| | § | of Hudspeth County, Texas |
| Appellant, | § | (TC# CV-04423-205) |
| v. | § | |
| Baudelio Gonzalez Mireles, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's Order issued January 30, 2018. The trial court entered an order denying the request of Appellant, Maribel Amador, to proceed without payment of costs, including the clerk's and reporter's record, on appeal. The appellate timetable suspension is lifted and the Court will continue with this appeal. Any motion to challenge the trial court's order must be filed in this Court no later than **March 17, 2018.** In the event Appellant does not challenge the order, Appellant shall make the necessary arrangements for the preparation of the Clerk's and Reporter's Record which shall include satisfactory payment arrangements on or before **March 23, 2018.** The Clerk's and Reporter's Record shall be due in this office on or before **April 11,**

1

**2018.** If no Reporter's Record will be filed for this appeal, then Appellant's brief shall be due in this office no later than 30 days from the date the Clerk's Record is filed with this Court.

IT IS SO ORDERED this 12th day of March, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.